

JUN 27 2024 PM 4:00
FILED-USDC-CT-HARTFORD

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## COMPLAINT FORM

Full name(s) of Plaintiff(s) Jessica Nuñez
(Do not use *et al.*)

Case No. _____
(To be supplied by the Court)

v.

Full names of Defendant(s) Community Mental Health Affiliates
(Do not use *et al.*)

**A. PARTIES**

1. Jessica Nuñez _____ is a citizen of CT _____ who
   (Plaintiff)                                      (State)
   presently resides at 45 Ridgefield Drive Middletown, CT 06457
                         (mailing address)

2. Defendant CMHA Community Mental Health Affiliates is a citizen of CT _____
   (name of first defendant)                              (State)
   whose address is 230 Main Street, New Britain, CT 06051

3. Defendant _____ is a citizen of _____
                    (name of second defendant)                              (State)

whose address is _____.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES."  Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

Constitutional Rights, Freedom of Speech, Workplace Retaliation, Civil Rights Act of 1964 Discrimination based on race.

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

I belive my termination was unjust and violated both my employee rights and Constitutional rights as stated in section B. I have gathered evidence to support my claims, including statements and documentation related to the incident.

I have attached all 2 letters of complaint listing Harassment and Ignored Concerns. Violations of Employee Rights. I was a victim of Discrimination.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Civil Rights Act of 1964 Discrimination based on race, Employee retaliation with False Accusations. Constitutional Rights in freedom to Speak were also violated

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Please see attachments for further information. Due to being treated unfairly because I went to the Human Resources department at CMHA, Mrs. Sykes set up a meeting with Autumn Mcclendon (Manager) and Michelle Muller (Supervisor) in regards to being Sexually harrassed by a male Collegue who undressed me with his eyes. Due to Speaking up I was terminated for false accusations of not completing a task when I have proof of completing a tox screen on a client. Please refer to Attachment for more information

**Claim II:** _____

_____

_____

Supporting Facts:

3

## E. REQUEST FOR RELIEF

WHEREFORE, plaintiff demands: (state the relief you seek)

I am seeking Compensation for the remainder of my 12 month Contract, as stipulated in my onboarding information. Damages for mental and emotional toll this situation has taken on me. The immediate release of withheld paychecks for the remainder of my 12 month contract

## F. JURY DEMAND

Do you wish to have a jury trial? Yes          No

_____

Original signature of attorney (if any)

**Plaintiff's Original Signature**

_____

Printed Name

Printed Name

Jessica Nunez

( )
Attorney's full address and telephone

Email address if available

( ) 860 244-3867
Plaintiff's full address and telephone

45 Ridgefield Drive
Middletown, CT 06457
Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___Hartford Federal___ on ___6/27/24___.
(location) Court          (date)

**Plaintiff's Original Signature**

(Rev.3/29/16)

5